**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 267 MAL 2021

            Respondent                    :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

            v.                       :

                                      :

KEITH ROBERT SMITH,                :

                                      :

            Petitioner                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.